IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW MONZON, ) | Case No. 7:05CV5017 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| REGION II HUMAN SERVICES, ) | |
| d/b/a HEARTLAND COUNSELING ) | |
| AND CONSULTING CLINICS AND ) | |
| PIONEER HOUSE, ) | |
| ) | |
| Defendant. ) | |

Upon notice of settlement given to the magistrate judge by Kathleen M. Neary, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **November 28, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for, is cancelled upon the representation that this case is settled.

Dated this 28th day of October 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge