IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANDREW MONZON,** | ) | **CASE NO. 7:05CV5017** |
| Plaintiff, | ) | |
| vs. | ) | |
| **REGION II HUMAN SERVICES, d/b/a Heartland Counseling and Consulting Clinics and Pioneer House,** | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) | |

This matter is before the Court on the Joint Stipulation for Dismissal (Filing No. 6). I find that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and that the relief requested should be granted. Accordingly,

IT IS ORDERED:

1) The Joint Stipulation for (Filing No. 6) is approved, and the relief requested therein is granted;

2) The Complaint is hereby dismissed with prejudice; and

3) The parties shall pay their own costs and attorney's fee.

DATED this 16th day of December, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge